No. 72–39. REDERI A/B NORDSTJERNAN ET AL. *v.* RIVERA ET AL. C. A. 1st Cir. Certiorari denied. ■

No. 72–50. RAILEX CORP. *v.* SPEED CHECK CO., INC. C. A. 5th Cir. Certiorari denied.

No. 72–51. MICHAUD ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–52. SKIL CORP. *v.* LUCERNE PRODUCTS, INC. C. A. 6th Cir. Certiorari denied.

No. 72–57. SHELCO, INC., ET AL. *v.* DOW CHEMICAL CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–58. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. *v.* HARWELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–63. DICKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–65. JOHN B. WHITE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 72–66. CLARK EQUIPMENT CO. *v.* WIRTH. C. A. 9th Cir. Certiorari denied.

No. 72–68. LANE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–70. LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK *v.* WEISS ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–78. GIFFORD ET AL. *v.* ALLEN ET UX. C. A. 4th Cir. Certiorari denied.